UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY PANETTA,<br><br>Plaintiff(s),<br><br>-against-<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON, a Florida Corporation,<br><br>Defendant(s). | Case No.:<br><br>COMPLAINT |

Plaintiff, KIMBERLY PANETTA, by her attorneys, PANETTA AMINOV, P.C complaining of the Defendants above named, respectfully alleges as follows:

## THE PARTIES

1. At all times herein mentioned, Plaintiff KIMBERLY PANETTA was and remains a resident of 38 Wagon Wheel Lane, Dix Hills, County of Suffolk, State of New York.

2. At all times herein mentioned, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON, a Florida Corporation was and remains a foreign corporation duly authorized to conduct and transact business in Orange County Florida, including, but not limited to, owning, operating, maintaining or otherwise being responsible for providing a reasonably safe premises for guests at TYPHOON LAGOON, a water park which is located at 1145 Buena Vista Drive, County of Orange, State of Florida.

**AS AND FOR A CAUSE OF ACTION ON BEHALF OF KIMBERLY PANETTA AGAINST DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON, a Florida Corporation**

3. Upon information and belief, at all times herein mentioned, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON owned the premises located at 1145 Buena Vista Drive, County of Orange, State of Florida, known as TYPHOON LAGOON, a water park.

4. Upon information and belief, at all times herein mentioned, Defendant WALT

DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON operated the premises located at 1145 Buena Vista Drive, County of Orange, State of Florida, known as TYPHOON LAGOON, a water park.

5. Upon information and belief, at all times herein mentioned, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON controlled the premises located at 1145 Buena Vista Drive, County of Orange, State of Florida, known as TYPHOON LAGOON, a water park.

6. Upon information and belief, at all times herein mentioned, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON maintained the premises located at 1145 Buena Vista Drive, County of Orange, State of Florida, known as TYPHOON LAGOON, a water park.

7. Upon information and belief, at all times herein mentioned, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON managed the premises located at 1145 Buena Vista Drive, County of Orange, State of Florida, known as TYPHOON LAGOON, a water park.

8. Upon information and belief, at all times herein mentioned, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON owned, operated, controlled, maintained and managed the premises located at 1145 Buena Vista Drive, County of Orange, State of Florida, known as TYPHOON LAGOON, a water park.

9. That at all times hereinafter mentioned and at the time of the incident herein complained of and for some time prior thereto, it was the duty of Defendant,WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON to keep and operate the premises in a condition of reasonable safety and it was the duty of Defendants to exercise reasonable care under all the circumstances to that end, so that the grounds would not be deemed to be dangerous to those, including the Plaintiff, who are lawfully there.

10. That on or about April 18, 2022, while Plaintiff KIMBERLY PANETTA was a business invitee at TYPHOON LAGOON, an amusement water park owned and operated by the defendants, she was standing waiting for her young daughter to come down a slide when, as a

result of the carelessness, recklessness and negligence of the Defendants, she was violently struck by a sudden and forceful wave propelling Plaintiff to the ground and dragging her along the concrete surface, resulting in serious and permanent injuries.

11. Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON knew or should have known that a dangerous condition existed at the aforementioned premises.

12. The abovementioned condition existed for a substantial time period, yet despite ample time to repair or correct said dangerous condition, Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON failed to do so.

13. Specifically, Kimberly Panetta was at the kiddie area with a kiddie slide appropriate for her four (4) year old daughter. The area is not a wave pool area, but a kiddie slide area.

14. As she waited at the bottom of the slide for the infant child to descend the slide, a mammoth wave, hit her from the side with such force, it pummeled her and her body skidded across the cement or gunite, causing serious "road rash" or scrapes that were severe and deep.

15. Defendant should not have let the wave pool or "typhoon" power waves enter the kiddie area and pummel the parents that unwittingly waiting for their young children to descend.

16. The barriers should have protected mothers standing at the bottom of the slide from being thrown, tossed and pummeled by powerful waves.

17. Defendant knew or should have known of the defect or problem wherein powerful waves would infiltrate the kiddie area.

18. As a result of the foregoing, Plaintiff KIMBERLY PANETTA was caused to sustain severe and permanent injuries, has suffered and will continue to suffer great pain, shock and mental anguish, has incurred and will continue to incur expenses for medical care and treatment,

financial loss, and will continue to be unable to attend to his normal duties and pursuit with a resultant loss thereby.

19. That solely by reason of the aforesaid, Plaintiff KIMBERLY PANETTA has been damaged in an amount that exceeds the jurisdictional limits of all lower courts.

20. Prior to the visit to TYPHOON LAGOON, Plaintiff, a young svelte woman, had no scars or marks on her legs.

21. As a result of the accident or incident and as a result of negligence of the Defendant, KIMBERLY PANETTA is now scarred and self-conscious about said scars.

22. KIMBERLY PANETTA, prior to this accident or incident, would be able to wear clothing that exposed her legs, now keeps her legs covered and must tolerate being hot and uncomfortable as a result thereof.

23. As a result of this incident, Plaintiff's vacation was ruined and she was stuck limping around applying bandages, salves and creams and was forced to avoid swimming and enjoying planned visits to the parks.

**WHEREFORE,** Plaintiff KIMBERLY PANETTA demands judgment against the Defendants in a sum TWO MILLION DOLLARS (2,000,000.00).

Dated: April 11, 2025
     East Islip, New York

                                                    **FRANK C. PANETTA, ESQ.**
                                                  **PANETTA AMINOV, PC**
                                                  *Attorneys for Plaintiff*
                                                  250 Carleton Ave.
                                                  Islip, New York 11751
                                                  (631)446-4411

*Defendants' addresses:*

WALT DISNEY PARKS AND RESORTS U.S., INC.,
d/b/a TYPHOON LAGOON
1145 Buena Vista Drive
Lake Buena Vista, FL 32830