# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KIMBERLY PANETTA, <br><br> *Plaintiff(s)* <br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON, A FLORIDA CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON, A Florida Corporation
1145 Buena Vista Dr.
Lake Buena Vista, FL 32830


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FRANK C. PANETTA, ESQ.
PANETTA AMINOV, PC
Attorneys for Plaintiff
250 Carleton Ave.
East Islip, NY 11554


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/11/2025

*Signature of Clerk or Deputy Clerk*