

**John W. Fogarty**
john.fogarty@faegredrinker.com
+1 212 248 3245 direct

faegredrinker.com

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 43rd Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

November 6, 2025

<u>VIA ECF</u>

The Honorable LaShann DeArcy Hall, U.S.D.J.
U.S. District Court for the Eastern District of New York

Re:     *Panetta v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 25-cv-2045

Dear Judge DeArcy Hall:

  We represent Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") in the above case. We respectfully write concerning Plaintiff's failure to comply with the Court's Individual Practices and the Court's August 14, 2025 Order requiring Plaintiff "to respond to Defendant's motion [ECF No. 10] for a pre-motion conference no later than August 15, 2025." *See* Docket Entry dated August 14, 2025.

  As the Court is aware, on August 6, 2025, WDPR filed a letter-motion requesting a pre-motion conference regarding an anticipated motion to dismiss. ECF No. 10. Per Section III. A.5 of the Court's Individual Rules, Plaintiff was required to file a response on the docket by August 13, 2025. *See* J. DeArcy Hall Individual Practices, Section III. A.5.

  On August 12, 2025, the parties attended an initial conference with Chief Magistrate Judge Vera M. Scanlon. At the initial conference, Magistrate Judge Scanlon instructed Plaintiff to immediately review the Individual Practices of this Court and to timely respond to WDPR's pre-motion conference request. Plaintiff failed to do so.

  On August 14, 2025, the day after Plaintiff's deadline to file a response to Defendant's pre-motion letter, the Court entered an order on the docket stating that "[i]n direct contravention of the Court's Individual Practices, as well as the direction given by Chief Magistrate Judge Vera M. Scanlon at the Initial Conference held on August 12, 2025, Plaintiff failed to respond by August 13, 2025." *See* Docket Entry dated August 14, 2025. The Court then directed Plaintiff to "respond to Defendant's motion for a pre-motion conference no later than August 15, 2025" and stated that "[f]ailure to respond may result in the issuance of sanctions, including dismissal for failure to prosecute." *Id.* Plaintiff again failed to file a response to Defendant's request for a pre-motion conference.

  It has now been nearly three months and Plaintiff still has not filed a response. Due to Plaintiff's repeated failures to comply with the rules of the Court and the Court's Order, WDPR respectfully requests that the Court dismiss this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In the alternative, WDPR asks the Court to take any other action it deems appropriate pursuant to Rule 41(b).

Respectfully submitted,

/s/ *John W. Fogarty*
John W. Fogarty