# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| KIMBERLY PANETTA, | Case No.: 1:25-cv-02045 |
| --- | --- |
| Plaintiff(s), | |
| -against- | PLAINTIFF'S RULE 26a DISCLOSURE |
| WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON, a Florida Corporation, | |
| Defendant(s). | |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff, KIMBERLY PANETTA, by and through his attorneys PANETTA AMINOV, PC, hereby sets forth the following information, based upon information and belief:

## **RESERVATION OF RIGHTS**

The following disclosures are made based upon the information reasonably available to Plaintiff and Plaintiff Counsel as of the date of this disclosure. Plaintiff and her Attorneys have not completed their investigation of this matter and specifically reserved the right to supplement, amend and/or correct this disclosure during the course of discovery and up to the time of trial as may be permitted or required by the Federal Rules of Civil Procedure.

## **Individuals Likely to Have Discoverable Information**

The names, addresses and telephone numbers of each individual likely to have discoverable information to support the Plaintiff's claims are not presently known to Plaintiff. The Plaintiff reserves the right to supplement and/or amend this response.

## **Documents**

Annexed hereto are Plaintiff's photographs supporting Plaintiff's claims.

## **Computation of Damages**

The following is computation of damages claimed by Plaintiff:

1. Pain and Suffering: ……………………………….$2,000,000.00
2. Attorney's Fees: …………………………………..To be determined

Dated: November 6, 2025
      East Islip, New York

 

*[signature: Frank C. Panetta]*
_____
FRANK C. PANETTA, ESQ.
PANETTA AMINOV, PC
*Attorneys for Plaintiff(s)*
250 Carleton Avenue
East Islip, NY 11730
Tel: 631-446-4411

TO:

John Fogarty, Esq.
FAEGRE DRINKER BIDDLE REATH
*Attorneys for Defendants*
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036