UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KIMBERLEY PANETTA,

        Plaintiff,                             Civil Action No. 1:25-cv-02045-LDH-VMS

       v.                                **NOTICE OF APPEARANCE**

WALT DISNEY PARKS AND RESORTS U.S.,
INC., d/b/a TYPHOON LAGOON, a Florida
Corporation,

        Defendant.
-------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Evan Montes-Dawson, Esq., of the law firm of Cozen O'Connor, 3 WTC, 175 Greenwich Street, 55th Floor, New York, New York 10007, hereby appears as counsel of record on behalf of Defendant**, WALT DISNEY PARKS AND RESORTS U.S., INC., d/b/a TYPHOON LAGOON,** a Florida Corporation, in the above-captioned action, and demands that copies of all future pleadings and papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
         December 17, 2025

                                                    COZEN O'CONNOR

                                                  By:  /s/ *Evan Montes-Dawson*
                                                       Evan Montes-Dawson, Esq.
                                                       3 World Trade Center
                                                     175 Greenwich Street, 55th Floor
                                                     New York, New York 10007
                                                     (212) 908-1372
                                                     emontes-dawson@cozen.com

TO: All Counsel of Record Via ECF