UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KIMBERLEY PANETTA,

        Plaintiff,                  Civil Action No. 1:25-cv-02045-LDH-VMS

    v.

WALT DISNEY PARKS AND RESORTS U.S.,
INC., d/b/a TYPHOON LAGOON, a Florida
Corporation,

        Defendant.
------------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE OF JOHN W. FOGARTY

Pursuant to Local Rule 1.4, the undersigned, John W. Fogarty, respectfully requests that the Court permit his withdrawal as counsel for Walt Disney Parks and Resorts U.S., Inc. ("WDPR"). Frederick P. Marczyk, admitted *pro hac vice* in this matter, has left Faegre Drinker Biddle & Reath LLP and joined Cozen O'Connor, *see* ECF Doc. No. 16, and will continue to represent WDPR. No disruption will result from the withdrawal of the undersigned, as WDPR will continue to be represented by Frederick P. Marczyk and Evan Montes-Dawson, who filed an appearance in this matter today. *See* ECF Doc. No. 17. No liens are being asserted by withdrawing counsel.

Dated: December 17, 2025        **FAEGRE DRINKER BIDDLE REATH LLP**

                                              By:   *John W. Fogarty*

                                              John W. Fogarty
                                              1177 Avenue of the Americas, 43rd Floor
                                              New York, New York 10036
                                              Telephone: (212) 248-3245
                                              john.fogarty@faegredrinker.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 17, 2025, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: December 17, 2025  /s/ *John W. Fogarty*
John W. Fogarty